IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 5:12-CR-00103-MTT-CHW- |
| PAMELA JOHNSON | |

## NOTICE OF APPEARANCE

Comes now undersigned counsel, Christina L. Hunt, who enters her appearance as counsel on behalf of Pamela Johnson in the above-styled case. All future notices of filings and proceedings should be directed to her.

Dated this 20th day of December 2012.

Respectfully submitted,

Cynthia W. Roseberry, Executive Director
Federal Defender Program,
Middle District of Georgia, Inc.

S/ Christina L. Hunt
CHRISTINA L. HUNT
Senior Litigator
Federal Defender Program for the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Ga. Bar No. 378501

## CERTIFICATE OF SERVICE

I, Christina L. Hunt, hereby certify that on December 20, 2012, I electronically filed a Notice of Appearance with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

Respectfully submitted,

Cynthia W. Roseberry, Executive Director
Federal Defender Program,
Middle District of Georgia, Inc.

S/ Christina L. Hunt
CHRISTINA L. HUNT
Senior Litigator
Federal Defender Program for the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Ga. Bar No. 378501