

*UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF GEORGIA*
*MACON DIVISION*
*AT MACON, GEORGIA*

# MINUTE SHEET
# OF COURT PROCEEDINGS

Date: January 9, 2013      Type of Hearing: IA/BOND/ARRAIGNMENT HRG

Judge: CHARLES H. WEIGLE      Court Reporter/Tape #: FTR GOLD

Courtroom Deputy: Charlene A. Lunsford      Interpreter: N/A/

*Case Number: 5:12-CR-00103-001-MTT*

UNITED STATES OF AMERICA      AUSA: Julia Bowen
     vs.

PAMELA JOHNSON      Counsel: Catherine Leek, FPD

Agents/Experts in attendance: Donnie Allen, USPO

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

## I. INITIAL APPEARANCE/ARRAIGNMENT      *Time in Court: 4 minutes*

☐ Dft attorney not present.

☒ Dft advised of charges, rights, and maximum possible penalties.

☐ Dft refused to enter plea, NOT GUILTY plea entered by the Court.

☐ **Initial Appearance Only.**

☐ **Arraignment Only.**

☒ **Both Initial Appearance and Arraignment.**

☒ Standard Pre-trial Order to be e-filed.

☐ Notice of Court policy re: retained counsel to be e-filed.

☐ Other:

## II. BOND/DETENTION      *Time in Court: 2 minutes*

**Government Motion for Detention:**      **Conditions of Release:**      **Detention Hearing:**

☐ Granted ☐ Denied      Standards Conditions      Continued to:

     ☐ Order to follow          Upon motion of ☐ Govt ☐ Deft

☒ Bond set at $      ☐ Bond Supervision      ☐ Temporary detention Ordered pending hearing

     Type: ☒ Own Recognizance      ☐ House Arrest

         ☐ Unsecured      ☐ Surrender Passport      ☐ Detention Ordered pending trial

         ☐ Fully Secured      ☐ No Firearms

         ☐ Secured by      ☐ Drug / Alcohol Testing

                             ☐ Electronic Monitoring

                             ☐ Travel Restricted to:

Other:

### III.   RULE   REMOVAL HEARING            *Time in Court :*

Initial Appearance hearing held (See I. above)

☐ Dft WAIVED removal hearing:

☐ Identify hearing held

☐ WAIVER FILED

Identity:   ☐ Established   ☐ Not Established

☐ Dft Advised of Rule 20 (FRCrP) provisions

☐ Bond / Detention hearing held

☐ Dft Ordered removed to:

☐ Subject to satisfying conditions of release

**Preliminary Hearing:**

☐ Requested in this district.

☐ Held in this district.

☐ Requested in charging district.

☐ Hearing NOT required.

Other:

### IV.   PRELIMINARY HEARING            *Time in Court :*

☐ Hearing set for:

☐ Hearing WAIVED by Dft – Waiver filed

☐ Hearing held:

☐ Probable cause found

☐ Probable cause NOT found

Other:

### IV.   PLEA            *Time in Court:   2 minutes*

☐ Entered at time of Initial Appearance on:

☐ GUILTY plea entered by Dft

☐ Consent to proceed before Magistrate Judge filed

☐ Plea accepted by Court

☐ Dft to furnish background info to USPO

☐ Dft. To pay MCA of $

☐ Plea NOT accepted by Court

☒ NOT GUILTY plea entered by dft in writing

☐ Jury trial demanded

☐ Right to 30 days to prepare for trial:

☐ Waived   ☐ Demanded

☐ Change of Plea of NOT GUILTY entered:

on:

Other: