IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 5:12-CR-103 (MTT) |
| PAMELA JOHNSON | : | |

## P L E A

I, PAMELA JOHNSON, having been advised of my Constitutional rights and having had the charges herein stated to me in open Court, plead NOT GUILTY to the Indictment in open Court, this 9th day of January, 2013.

_____
PAMELA JOHNSON
DEFENDANT

_____
CHRISTINA L. HUNT
ATTORNEY FOR DEFENDANT

_____
JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY