9/12/13

To whom it may concern:

I (Alice Ross) have being knowing Mrs. Pamela Coats for 19 years. I met Mrs. Pamela Coats when she was a youth. However, I am honored to witness how she has grown and evolved into a beautiful, loving, and caring adult. One that values her relationship with the lord, as well as her family. Mrs. Pamela attends church services in where she resides as an active member. She enjoys singing in the choir and working with the youth department. Mrs. Coates attends home bible study courses on Thursdays, to help promote her learning and understanding on how she can positively impact the world and community, as a Christian, mother, and citizen. However, her greatest accomplishments is

Supporting her family: While she
① pursue her goals, dreams and
The Ceiling on her Life.
    Sincerely,
    Mrs. Alice Ross

(To Whom This May Concern)                    9/12/13

I, Shenuria Burns, have known Pamela Johnson-Coats for almost 3 years. We met at the rec baseball field in Gordon, Ga. I was the team mom for her son's team. She always helped out no matter what or when we needed her (snacks for team, drinks, concession, or even stay late after games to clean the paper off all fields). She never missed a game even when she had school she would bring her work to the ball field. She also helped keep the team uniforms washed, and kept the record book up. I can't recall one time she wasn't there at the ball field. Later, I began working with her husband and she kept my kids for me. If I worked late nights, she would bath, help with homework, and feed. She never asked for anything in return and my kids absolutely love her. She has always been a great woman, mother and true friend. Whenever I call her she is always there. She will go above and beyond to ensure that her family is always happy and all household duties

To whom it may concern:

I am writing to you regarding Mrs. Pamela Johnson Coates. I have known Pamela personally for three years, and have always known her to be responsible, dedicated and loyal.

During the three years I have known her, Pamela has been active and dedicated to her church and community. Pamela sings in the choir and serves as a trustee wife. I admire her because she is attending college and trying to reach her goal in life.

If you have any questions, please feel free to contact me 478-960-5612.

Sincerely,
Veronica Joshson Ross

Thursday, September 12, 2013

To Whom It May Concern:

My name is Angel Robinson and Pamela Johnson-Coats is one of my best friends. I have known Pamela for many years. We live in the same small town and we attended the same school; we played softball together, and have many mutual friends. I stood with Pamela at the alter when she was joined in marriage to her high school sweetheart in May 2011.

Pamela is a great mother and wife. She is an honest, dependable, and upstanding person who does what is necessary to take care of her family. She attends church regularly at New Corinth in Gordon, Georgia, where she lives she participates in the Sunday school program and is a member of the choir. She is a wonderful role model for her daughter and a great example of a mother and wife for her two sons. Pamela has a good healthy relationship with her mother, husband, sons and daughter and is blessed with many friends. She has a good spirit and it is very pleasant to be in her presence.

Sincerely,

*Angel Robinson*

Angel Robinson

# Central Georgia Technical College

Hereby confers upon

## Pamela Michelle Coats

this

### Technical Certificate

in

## Early Childhood Care and Education Basic

upon the recommendation of the Faculty of the College and having met the requirements authorized by the State Board of Technical and Adult Education.

In Witness thereof this 07th day of May 2013 in Macon, Georgia we have affixed the signatures of the Commissioner, Georgia Department of Technical and Adult Education, and the President, Central Georgia Technical College.

_____
Commissioner
Georgia Department of
Technical and Adult Education



_____
President
Central Georgia Technical College

# Central Georgia Technical College

Hereby confers upon

## Pamela Michelle Coats

this

### Technical Certificate

in

## Infant & Toddler Child Care Specialist

upon the recommendation of the Faculty of the College and having met the requirements authorized by the State Board of Technical and Adult Education.

In Witness thereof this 31 day of July 2013 in Macon, Georgia we have affixed the signatures of the Commissioner, Georgia Department of Technical and Adult Education, and the President, Central Georgia Technical College.

_____
Commissioner
Georgia Department of
Technical and Adult Education



_____
President
Central Georgia Technical College