# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAMELA JOHNSON | Case No.: 5:12-CR-00103-MTT-CHW-1 |

## WAIVER OF APPEAL RIGHTS

On September 23, 2013, counsel and Defendant in the above matter were provided with written notice of Defendant's appeal rights. Further, counsel was ordered by the Court to file a Notice of Appeal or written Waiver of Appeal Rights within fourteen (14) days after entry of the written judgment. Following consultation with counsel and explanation to Defendant of his appeal rights, counsel and Defendant hereby execute this written Waiver of Appeal Rights as directed by the Court.

This 10th day of October, 2013.

_____
PAMELA JOHNSON
Defendant

_____
CHRISTINA L. HUNT
FEDERAL DEFENDERS
MIDDLE DISTRICT OF GEORGIA
440 Martin Luther King, Jr. Blvd.
Suite 400
Post Office Box 996
Macon, Georgia 31202-0996
Phone: (478) 743-4747
Fax: (478) 207-3419
Ga. Bar No. 378501